

# United States District Court
# Eastern District of California

| Rozetta Enderle, an individual | Case Number: 1:24-cv-00448-KES-BAM |

Plaintiff(s)

V.

Ryder Intergrated Logistics, Inc., a Delaware corporation; and DOES 1 through 15, inclusive

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **A. Sheila Oretsky** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, Ryder Intergrated Logistics, Inc.

On **May 9, 2007** (date), I was admitted to practice and presently in good standing in the **United States District Court Southern District of Florida** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: June 21, 2024

Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: A. Sheila Oretsky

Law Firm Name: Greenberg Traurig, P.A.

Address: 333 S.E. 2nd Avenue, Suite 4400

City: Miami  State: Florida  Zip: 33131

Phone Number w/Area Code: (305) 579-0500

City and State of Residence: Miami, Florida

Primary E-mail Address: sheila.oretsky@gtlaw.com

Secondary E-mail Address: sandra.loe@gtlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anthony E. Guzman

Law Firm Name: Greenberg Traurig, LLP

Address: 101 Second Street, Suite 2200

City: San Francisco  State: California  Zip: 94105

Phone Number w/Area Code: (415) 655-1300  Bar #: 311580

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 24, 2024        /s/ Barbara A. McAuliffe
                            JUDGE, U.S. DISTRICT COURT