Sheila Oretsky (*Pro Hac Vice*)
GREENBERG TRAURIG, P.A.
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717
Sheila.Oretsky@gtlaw.com

Anthony E. Guzman (SBN CA 311580)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
guzmanan@gtlaw.com

Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZETTA ENDERLE,<br><br>　　Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation; and DOES 1 through 15, inclusive,,<br><br>　　Defendants. | CASE NO. 1:24-cv-00448-KES-BAM<br><br>**STIPULATION VACATING DEADLINES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint Filed:　　February 8, 2024<br>Removal Date:　　April 15, 2024 |

Pursuant to Local Civil Rule 6-2, Plaintiff Rozetta Enderle ("Enderle"), on the one hand, and Defendant Ryder Integrated Logistics, Inc. ("Ryder") (collectively, the "Parties"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on February 8, 2024, Enderle filed her Complaint in the Superior Court of California, County of Tulare, Case No. VCU305874;

**WHEREAS**, in response, on April 15, 2024, Ryder filed a Notice of Removal to remove the action to this Court;

**WHEREAS**, the Court set a Mandatory Scheduling Conference for July 30, 2024 [Dkt 2];

**WHEREAS**, the Joint Scheduling Report was filed July 23, 2024 [Dkt 14];

**WHEREAS**, the Court then continued the Scheduling Conference to November 4, 2024 [Dkt 16-01];

**WHEREAS**, the Parties are attempting to schedule mediation during December 2024;

**WHEREAS**, the Parties wish to avoid unnecessary litigation in the event this case resolves at mediation;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS, AND SUBJECT TO THE COURT'S APPROVAL,** that the deadlines set forth in the Court's Scheduling Order (Dkt. No. 14) are vacated, to be reset if necessary following mediation.

DATED:  October 25, 2024          GREENBERG TRAURIG, LLP

                                  By:     */s/ Anthony Guzman*
                                          Anthony Guzman
                                  Attorneys for Defendant
                                  RYDER INTEGRATED LOGISTICS, INC.

DATED: October 25, 2024           HERR PEDERSEN & BERGLUND LLP

                                  By:     */s/ Alex E. Thompson*
                                          Alex E. Thompson
                                  Attorneys for Plaintiff
                                  ROZETTA ENDERLE

**ORDER**

The Court, having reviewed the Parties' stipulation, and good cause appearing, orders as follows: the Scheduling Conference currently set for November 4, 2024 is CONTINUED to **February 4, 2025, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The Court further notes that there is no need to vacate deadlines as requested by the parties, as no deadlines beyond Rule 26 disclosures have been set by the Court.  (*See* Doc. 16.)  The parties shall file updated dates for scheduling this case at least one full week prior to the conference.  If the parties file a notice of settlement prior to the conference, then the conference will be vacated.  The parties shall appear at the conference remotely with each party appearing either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **October 28, 2024**                    /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE